# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:08-CR-332-JCM-(GWF) |
| ANJALI YASMIN AURORA, | ) ) ) |
| Defendant. | ) |

# ORDER OF FORFEITURE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANJALI YASMIN AURORA a criminal forfeiture money judgment in the amount of $4,128,554.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Sections 982(a)(2)(A) and 982(a)(2)(B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Second Superseding Indictment, ECF No. 55; Plea Memorandum, ECF No. ___.

DATED January 28, 2013.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Michelle C. Lewis, certify that the following individuals were served with copies of the Order of Forfeiture on December 21, 2012, by the below identified method of service:

E-Mail/ECF

Paul Riddle
Jason Carr
Monique Kirtley
Brenda Weksler
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
ECF_Vegas@FD.ORG
*Counsel for Dwight Ramon Pollard*

David T. Brown
Brown, Brown, & Premsrirut
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
master@brownlaw.com
*Counsel for Jeffrey Curtis Bigsby*

Osvaldo E. Fumo
Osvaldo E. Fumo, Chtd
1212 Casino Center Boulevard
Las Vegas, NV 89104
ozzie@fumolaw.com
*Counsel for Gainu Adisa Kosoko*

Mario D. Valencia
Law Office of Mario D. Valencia
1055 Whitney Ranch Drive, Suite 220
Henderson, NV 89014
mario_valencia@cox.net
*Counsel for Wayne Lamarr Ganaway*

Amy Chelini
Law Office of Amy Chelini
630 S. Seventh Street
Las Vegas, NV 89101
chelinilaw@hotmail.com
*Counsel for Gainu Adisa Kosoko*

Bret O. Whipple
Law Office of Bret Whipple
1100 S. Tenth Street
Las Vegas, NV 89104
whipplefed@yahoo.com
*Counsel for Anjali Yasmin Aurora*

Beau Sterling
Sterling Law LLC
228 S. 4th Street First Floor
Las Vegas, NV 89101
bsterling@sterlinglaw.com
*Counsel for Gainu Adisa Kosoko*

Todd M. Leventhal
Leventhal and Associates
600 South Third Street
Las Vegas, NV 89101
todlev@yahoo.com
*Counsel for Anjali Yasmin Aurora*

/s/Michelle C. Lewis
MICHELLE C. LEWIS
Forfeiture Support Paralegal Specialist