DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Daniel.Hollingsworth@usdoj.gov
Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DWIGHT RAMON POLLARD,  )<br>)<br>Defendant.  ) | 2:08-CR-332-JCM-(GWF) |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT POLLARD'S OBJECTION TO ENTRY OF A CRIMINAL FORFEITURE MONEY JUDGMENT (ECF No. 473)**
**(First Request)**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney ("AUSA"), respectfully moves this Honorable Court for an Order extending the time for the United States to file a Response to Defendant Dwight Ramon Pollard's Objection To Entry Of A Criminal Forfeiture Money Judgment (ECF No. 473) pursuant to Fed. R. Crim. P. 45(b)(1) and LCR 45-1. The Response is currently due March 11, 2013. The United States requests an extension of time to March 25, 2013.

. . .

The grounds for extending the time are as follows.

The AUSA assigned to respond to Pollard's Objection was on assignment out of the District of Nevada for a week and has much work to do. On March 4, 2013, the AUSA spoke with opposing counsel, Alina M. Shell, who stated she did not oppose this extension of time.

This motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to March 25, 2013, pursuant to Fed. R. Crim. P. 45(b)(1) and LCR 45-1, for the United States to file a Response to Defendant Pollard's Objection To Entry Of A Criminal Forfeiture Money Judgment (ECF No. 473).

DATED this 4th day of March, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/DanielDHollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 12, 2013

# PROOF OF SERVICE

I, Daniel D. Hollingsworth, certify that the following individuals were served with copies of **THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT POLLARD'S OBJECTION TO ENTRY OF A CRIMINAL FORFEITURE MONEY JUDGMENT (ECF No. 473) (First Request)** on March 4, 2013, by the below identified method of service:

**CM/ECF**

Alina M. Shell
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, Nv 89101
Email: Alina_Shell@fd.org

Jason F. Carr
Federal Public Defender
411 E Bonneville, Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney