1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:08-CR-332 JCM (GWF)

7   UNITED STATES OF AMERICA,

8              Plaintiff,

9   v.

10  DWIGHT RAMON POLLARD,

11              Defendant.

12

13                                            **ORDER**

14          Presently before the court is the government's sealed motion to unseal the defendant's plea

15  memorandum.  (Doc. # 481).  The defendant filed a non-opposition.  (Doc. # 482).

16          The government seeks to unseal the plea memorandum for the purpose of responding to

17  defendant Pollard's objection to the entry of an order of forfeiture.  Defendant has stated he "has no

18  objection to this reasonable request."

19          Accordingly,

20          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion

21  to unseal the plea memorandum of Dwight Ramon Pollard (doc. #481) be, and the same hereby, is

22  GRANTED.

23          IT IS FURTHER ORDERED that the clerk's office shall unseal the plea memorandum of

24  defendant Dwight Ramon Pollard.

25          DATED April 10, 2013.

26

27                                            _____
                                              **UNITED STATES DISTRICT JUDGE**
28

James C. Mahan
U.S. District Judge