# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DWIGHT RAMON POLLARD,

Defendant.

2:08-CR-332 JCM (GWF)

### ORDER

Presently before the court is *pro se* petitioner Jeffrey C. Bigsby's motion for clarification. (Doc. # 518). Petitioner seeks clarification of the payment schedule as set forth in the amended judgment entered against him on July 11, 2011. (Doc. # 390). Although his motion is titled "letter/motion for clarification," it appears petitioner is actually requesting that the court order his case manager to cease making restitution withdrawals from petitioner's account. The court, of course, declines to grant this request.

To the extent petitioner's motion actually seeks clarification of the payment schedule, the court emphasizes the following language contained within the amended judgment, which petitioner has apparently overlooked: "[u]nless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment." (Doc. # 390, p. 6). The court finds that this language is clear; therefore, there is nothing to clarify.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's motion for clarification (doc. # 518) be, and the same hereby is, DENIED.

DATED September 12, 2013.

_____
**UNITED STATES DISTRICT JUDGE**